1  PHILLIP A. TALBERT
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4093
   Alyson.Berg2@usdoj.gov
5
   Attorneys for the United States
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | ROBERT FRESQUES | CASE NO. 1:23-CV-1063-BAM |
|---|---|
12 | Plaintiffs, | STIPULATED REQUEST AND ORDER TO CONTINUE THE SCHEDULING CONFERENCE UNTIL NOVEMBER AFTER THE UNITED STATES APPEARS IN THIS CASE [ECFs 4, 6] |
13 | v. | |
14 | UNITED STATES OF AMERICA, | |
15 | Defendant. | DATE ;   October 17, 2023<br>TIME  :   10:00 a.m.<br>CTRM :   8, 6th Floor<br>JUDGE:   Honorable Barbara A. McAuliffe |

   Plaintiff Robert Fresques ("Plaintiff"), and Defendant United States ("Defendant"), stipulate, by and through the undersigned counsel, to continue the date of the scheduling conference currently set for October 17, 2023 at 9:00 a.m. before Magistrate Judge Barbara A. McAuliffe until on or about November 14, 2023 at 9:00 a.m.

   Good cause exists for this stipulated continuance because the United States' responsive pleading is due on the same date as the Scheduling Conference. The United States should have an opportunity to timely appear in this action and then work with Plaintiff to submit a meaningful Joint Scheduling Report. The short continuance of the Scheduling Conference will not cause any prejudice to the parties as this action was recently commenced.

Stipulation to Continue Scheduling Conference                                    1
*Fresques v. United States,* 1:23-cv-1063-BAM

1     IT IS SO STIPULTED.

2   Dated: October 3, 2023         PHILLIP A. TALBERT
                                United States Attorney

4                             */s/ ALYSON A. BERG*
                                ALYSON A. BERG
5                                 Assistant United States Attorney
                                Attorneys for the United States

8   Dated: October 3, 2023         LAW OFFICE OF JOHN CHRISTOPHER MAPLES

10                                */s/ JOHN CHRISTOPHER MAPLES*(authorized per 10/3/23 email)
                                JOHN CHRISTOPHER MAPLES
11                                 Attorney for Plaintiff

## ORDER

Having reviewed the stipulation submitted by the parties, and finding good cause, the Court hereby orders that the Scheduling Conference currently set for October 17, 2023, is continued to **November 29, 2023, at 10:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

    Dated:   **October 10, 2023**            /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE