```
PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT FRESQUES, | CASE NO. 1:23-cv-1063 BAM |
|---|---|
| Plaintiff, | JOINT REQUEST TO EXTEND TIME FOR THE UNITED STATES' REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND ORDER TO SHOW CAUSE |
| v. | |
| UNITED STATES OF AMERICA, | Honorable Barbara A. McAuliffe |
| Defendant. | |

Plaintiff Robert Fresques ("Plaintiff"), and Defendant United States ("Defendant"), stipulate, by and through the undersigned counsel, to continue the date for the United States' Reply to the Opposition to the Motion for Summary Judgment and the Response to the Order to Show Cause from April 19, 2024 to May 3, 2024. (Dkt. Nos. 17, 18, 20-24).

Good cause exists for this brief fourteen-day stipulated continuance for the filing of the United States' Reply to the Opposition to the Motion for Summary Judgment and the Response to the Order to Show Cause to allow sufficient time to respond to the issues presented in both pleadings. This brief extension of the filing deadline does not impact any other dates in the case as there are no pending dates in the case, nor is there a hearing date set for the United States' Motion for Summary Judgment. (Dkt. No. 24). The action is set for a Scheduling Conference on August 20, 2024. (Dkt. No. 15).

| | |
|---|---|
| Dated: April 15, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | */s/ ALYSON A. BERG*<br>ALYSON A. BERG<br>Assistant United States Attorney<br>Attorneys for the United States |
| Dated: April 15, 2024 | LAW OFFICE OF JOHN CHRISTOPHER MAPLES |
| | */s/ JOHN CHRISTOPHER MAPLES*(authorized per 4/15/24 email)<br>JOHN CHRISTOPHER MAPLES<br>Attorney for Plaintiff |

**ORDER**

Having reviewed the stipulation submitted by the parties, and finding good cause, the court hereby orders that the United States' Reply to the Opposition to the Motion for Summary Judgment and the Response to the Order to Show Cause are due on May 3, 2024.

IT IS SO ORDERED.

Dated:   **April 16, 2024**           /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE

JOINT REQUEST TO EXTEND TIME FOR THE UNITED STATES' REPLY TO OPPOSITION
TO MOTION FOR SUMMARY JUDGMENT AND ORDER TO SHOW CAUSE
FRESQUES V. UNITED STATES, 1:23-CV-1063 BAM

2